# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2209 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 206 DB 2014 |
| v. | : | |
| | : | Attorney Registration No. 40401 |
| MICHAEL E. GROULX, | : | |
| Respondent | : | (Lycoming County) |

## O R D E R

**PER CURIAM**

AND NOW, this 19th day of November, 2015, upon consideration of the Report and Recommendations of the Disciplinary Board, Michael E. Groulx is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).